

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00021-CV

Nancy **ALANIS**,
Appellant

v.

**U.S. BANK NATIONAL ASSOCIATION**, as successor trustee to Bank of America, National Association, as successor by Merger to Lasalle Bank, M.A., as trustee for the MLMI Trust Series 2006-He6; Nationstar Mortgage, LLC d/b/a Mr. Cooper,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-01238
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's October 23, 2020 orders denying Nancy Alanis's no-evidence motion for summary judgment and granting Appellees' traditional motion for summary judgment are AFFIRMED.

Costs of court for this appeal are taxed against Nancy Alanis.

SIGNED August 31, 2022.

Patricia O. Alvarez, Justice